UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22874-CIV-UNGARO/OTAZO-REYES

DOUGLAS LONGHINI,

    Plaintiff,

v.

WEST 97 CORP.,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon the following motions:

- Plaintiff Douglas Longhini's ("Plaintiff") Motion to Compel the Deposition of Defendant West 97 Corp.'s ("Defendant") Corporate Representative, for Sanctions, for Leave of Court to Depose Defendant or, Alternatively, to Strike Defendant's Affirmative Defenses [D.E. 63], in which Plaintiff seeks the Court to compel the deposition of Defendant's Corporate Representative and seeks leave to conduct the deposition outside the discovery period (hereafter, "Motion to Compel") [D.E. 63]. Plaintiff also seeks sanctions in the form of: reasonable expenses, included attorney's fees, caused by the Defendant's failure to appear for deposition; striking Defendant's affirmative defenses; or prohibiting Defendant from supporting its defenses at trial (hereafter, "Plaintiff's First Motion for Sanctions") [D.E. 63].

- Plaintiff's Motion to Compel Deposition of Defendant's Expert, for Sanctions, or Strike Expert Due to Late Disclosure [D.E. 64], in which the Plaintiff seeks to compel the deposition of Defendant's expert, Mr. Jeffery Gross, and seeks the Court's leave to

conduct the deposition outside the discovery period (hereafter, "Motion to Compel Expert Deposition") [D.E. 64]. Alternatively, Plaintiff seeks sanctions in the form of striking Defendant's expert due to late disclosure and opposing counsel's refusal to provide deposition dates (hereafter, "Plaintiff's Second Motion for Sanctions") [D.E. 64].

- Defendant's Objection to Magistrate's Order [D.E. 62] Entered on March 18, 2016 and Request for Re-Hearing (hereafter, "Motion for Reconsideration") [D.E. 74].
- Defendant's First Motion for Sanctions [D.E. 78] and Defendant's Second Motion for Sanctions [D.E. 80], in which Defendant seeks sanctions against Plaintiff's counsel for alleged breaches of the Rules of Professional Conduct.

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 67, 81]. The undersigned held a hearing on these matters on May 17, 2016. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- The Motion to Compel [D.E. 63] and the Motion to Compel Expert Deposition [D.E. 64] are DENIED due to expiration of the discovery period.
- The undersigned will take under advisement Plaintiff's First Motion for Sanctions [D.E. 63]; Plaintiff's Second Motion for Sanctions [D.E. 64]; Motion for Reconsideration [D.E. 74]; Defendant's First Motion for Sanctions [D.E. 78]; and Defendant's Second Motion for Sanctions [D.E. 80].

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of May, 2016.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Ursula Ungaro
Counsel of Record